# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 06-mj-01049 |
| SOLOMAN NASH | LaFonda Jones<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to counts 1 of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13 CRS 42-4-1301(1)(a) | Driving Under the Influence | 1/1/06 | 1 |

Defendant will complete 60 hours of useful public service, attend a Level I or II alcohol class and pay all fines and fees.
Count 2 dismissed.

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $25.00 | $500.00 |

3/24/06
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

4/10/06
Date